# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: **23 CV 08642**

DATE FILED: **OCT 02 2023**

SIGNED BY: **JUDGE SUBRAMANIAN**

DATE SIGNED: **SEP 29 2023**

23mc 357

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

____ OTHER DOCUMENTS/EXHIBITS