# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2086
jrosenthal@cgsh.com

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
BEIJING
HONG KONG
SEOUL

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

December 18, 2024

> Based on counsel's representation, the case is hereby stayed until March 19, 2025. However, the letter does not indicate whether Defendant consents. The request for a stay is granted, subject to Defendant's right to object. Any such objection shall be filed by December 23, 2024.
>
> SO ORDERED:
>
> 12/19/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

<u>VIA ELECTRONIC FILING</u>

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *H.M. v. United States*, No. 23-cv-8642 (RWL)

Dear Judge Lehrburger:

    On behalf of our client H.M., we are writing pursuant to Fed. R. Civ. P. 25(a) to advise the Court of the death of H.M. during the pendency of this action. H.M. passed away on December 10, 2024 in New York City, New York.

    We are still gathering information surrounding the circumstances of the death and we will follow-up with additional information as soon as possible. Further, pursuant to Fed. R. Civ. P. 25(a)(1), we request a 90-day stay on this matter. We thank the Court for its consideration.

Dated: December 18, 2024
       New York, New York

                              Respectfully submitted,

Honorable Robert W. Lehrburger, p. 2

/s/Jeffrey A. Rosenthal
Jeffrey A. Rosenthal
(jrosenthal@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

ROBERT F. KENNEDY HUMAN RIGHTS
Sarah T. Gillman
(gillman@rfkhumanrights.org)
88 Pine St., Ste. 801
New York, NY 10005
(646) 289-5593

Sarah Decker
(decker@rfkhumanrights.org)
1300 19th Street NW, Suite #750
Washington, DC 20036
(908) 967-3245

NEW YORK COUNTY DEFENDER SERVICES
Meagan Hu
(mhu@nycds.org)
100 William Street, 20th Floor
New York, New York 10038
(212) 803-5100

*Attorneys for Plaintiff H.M.*